IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANDREW PERRONG, Individually       :
And on behalf of a class of        :   CIVIL ACTION
all persons and entities           :
similarly situated,                :
                                   :   NO. 20-CV-2506
          Plaintiff                :
                                   :
          Vs.                      :
                                   :
QUOTEQIZARD.COM, LLC,              :
                                   :
          Defendant                :

**O R D E R**

AND NOW, this   26th         day of August, 2020, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) (Doc. No. 16), Plaintiff's Response in Opposition Thereto and Defendant's Reply to Plaintiff's Response, it is hereby ORDERED that the Motion to Dismiss is DENIED for the reasons set forth in the preceding Memorandum Opinion.

                                        BY THE COURT:

                                        s/ J. Curtis Joyner
                                        _____
                                        J. CURTIS JOYNER,        J.