```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ANDREW PERRONG, Individually    :
And on behalf of a class of     :  CIVIL ACTION
all persons and entities        :
similarly situated,             :
                                :  NO. 20-CV-2506
         Plaintiff              :
                                :
         vs.                    :
                                :
QUOTEQIZARD.COM, LLC,           :
                                :
         Defendant              :

## O R D E R

AND NOW, this   6th    day of November, upon consideration of Defendant's Motion to Strike Plaintiff's Affidavit Attached to Opposition to Motion to Dismiss (Doc. No. 27), and this Court having issued an Order denying Defendant's Motion to Dismiss on October 1, 2020, it is hereby ORDERED that Defendant's Motion to Strike Plaintiff's Affidavit is DENIED AS MOOT.

                           BY THE COURT:


                           s/ J. Curtis Joyner
                           _____
                           J. CURTIS JOYNER,     J.