**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANDREW PERRONG, Individually and on behalf of a class of all persons and entities similarly situated, | : <br> : <br> : CIVIL ACTION <br> : <br> : |
| Plaintiff | : NO. 20-CV-2506 |
| vs. | : |
| QUOTEWIZARD.COM, LLC, and KUMPARISON, LLC, | : <br> : |
| Defendants | : |

### **O R D E R**

AND NOW, this 7th day of April, 2021, it having been reported to the Court that the issues between the parties in the above action have been settled and pursuant to the provisions of Local Rule of Civil Procedure 41.1(b), it is hereby ORDERED that this action is DISMISSED in accordance with the agreement of counsel, without costs.

BY THE COURT:

s/ J. Curtis Joyner

_____
J. CURTIS JOYNER,    J.